Stockman-Farmer Publishing Company, Appellant, v. John B. Porter and Others, Impleaded with Edward C. Beiser, Respondent.— Judgment affirmed, with costs, upon the authority of *Kelley* v. *Hurlburt* (5 Cow. 534); *Imperial Shale Brick Co.* v. *Jewett* (169 N. Y. 143), and *Davis* v. *Allen* (3 id. 168). All concurred.

Schoellkopf Holding Company, Plaintiff, v. Samuel Kavinoky, Defendant.— Judgment directed in favor of the defendant upon the submission, with costs. Held, *first*, that the title proffered by plaintiff to defendant is valid and marketable, except as to the interest of the infants, children of Alfred Schoellkopf; *second*, that such title is not marketable for the reason that the conveyance to plaintiff was never authorized by such infants, and the conveyance by the executors and trustees to plaintiff was made in pursuance of a scheme of distribution unauthorized by law, and involved a consideration that was not lawful. All concurred.

Louis Goodman, Respondent, v. Caledonian Insurance Company of Scotland, Appellant. Louis Goodman, Respondent, v. The Insurance Company of the State of Pennsylvania, Appellant.— In each case judgment and order affirmed, with but one bill of costs upon both appeals. All concurred.

Pascal P. Beals and Others, Respondents, v. Edward A. Gehrs, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

Elizabeth Cotter, as Administratrix, etc., Respondent, v. Phœnix Underwear Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

George A. Faxlanger, Respondent, v. Monarch Paste Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John P. Dunn, Appellant, v. John G. McKaig, Respondent.— Judgment affirmed, with costs. All concurred.

Edmund Day and Others, Respondents, v. The City of Dunkirk, Appellant.— Judgment affirmed, with costs, upon the opinion of Wheeler J., delivered at Special Term. (Reported in 86 Misc. Rep. 266.) All concurred.

John McDuffee, Respondent, v. George C. Rossell and Others, Appellants.— Judgment affirmed, with costs. All concurred.

City of Salamanca, Appellant, v. G. Fred Miller, Respondent.— Judgment and order affirmed, with costs. All concurred.

M. M. Fenner Company, Respondent, v. Carrie E. McKay, as Administratrix, etc., Appellant.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

D. H. Grandin Milling Company, Respondent, v. Henry G. Anderson, Appellant.— Judgment affirmed, with costs. All concurred; Lambert, J., not sitting.

Clara Marquart, Respondent, v. William H. Farley, Deputy Excise Commissioner, etc., and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Fred S. Jackson, Respondent, v. Charles W. Strong, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.